FILED 

# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
## Civil Cover Sheet

MAR – 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 0 4 2008

**Plaintiff(s):** MARVEL THOMPSON

**Defendant(s):** UNITED STATES OF AMERICA

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Marvel Thompson
#04028-748
Pollock - USP
P.O. Box 2099
Pollock, LA 71467

**Defendant's Attorney:**

AUSA
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question
(U.S. gov't. not a party)

☑ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

## 08CV1294
## JUDGE BUCKLO
## MAG.JUDGE NOLAN

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from
Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** M. Burke      **Date:** 3/4/08

Bucklo
nolan        04 cr 464