# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1294 (04 CR 0464) | **DATE** | 4/22/08 |
| **CASE TITLE** | Marvel Thompson (#04028-748) vs. United States of America | | |

**DOCKET ENTRY TEXT:**

Reference is made to the petitioner/defendant's pleading titled, "Misapplication of PLRA Requirements in Veritable 'Criminal' Return of Property Proceeding" [#5]. The Clerk properly assigned a new case number in connection with the petitioner's motion to return seized property pursuant to Fed. R. Crim. P. 41(g), and the applicable miscellaneous filing fee is $39.00 filing fee. On the court's own motion, the petitioner is granted an additional twenty-one days from the date of this order either to pay the required filing fee or to file a motion for leave to proceed *in forma pauperis*. As a final concern, the petitioner is urged to draft motions and pleadings using plain English. The court does not want or expect the petitioner to write like a lawyer. Attempting to use "legalese" will only serve to make the petitioner's court filings incomprehensible.

■ [Docketing to mail notices]

mjm