## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1294 (04 CR 0464) | **DATE** | May 16, 2008 |
| **CASE TITLE** | Marvel Thompson (#04028-748) vs. United States of America | | |

**DOCKET ENTRY TEXT:**

The government is directed to answer or otherwise respond to the petitioner's motion for the return of seized property [#1] within twenty-one days of the date of this order. The clerk is directed to mail the petitioner a copy of the court's filing instructions along with a copy of this order.

■ [**For further details see text below.**]      **Docketing to mail notices.**

### STATEMENT

       The petitioner/defendant, a federal prisoner, has submitted a *pro se* motion to return seized property pursuant to Fed. R. Crim. P. 41(g). The petitioner seeks the return of $318,995.25 in cash that was seized incident to his arrest in 2004 but regarding which the government has allegedly declined to press forfeiture proceedings. *See United States v. Thompson*, Case No. 04 CR 0464 (N.D. Ill.). The petitioner has paid the miscellaneous filing fee as directed.

       The government is directed to answer or otherwise respond to the motion within twenty-one days of the date of this order.

       The petitioner is instructed to file all papers concerning this action with the clerk of court in care of the Prisoner Correspondent. The petitioner must provide the court with the original plus a judge's copy of every document filed. In addition, the petitioner must send an exact copy of any filing to the Assistant U.S. Attorney assigned to this case. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be stricken by the court without being considered.

mjm