FILED
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARVEL THOMPSON,                  CASE NO. 08-C-1294
       Movant                          (Crim. No. 04-Cr-464)

v.

UNITED STATES OF AMERICA,
       respondent.

## MOTION FOR ENTRY OF DEFAULT

Comes Now Marvel Thompson, the pro se movant having brought the underlying Rule 41(g) motion, duly moving under the circumstances recounted below for the entry of the respondent's default in this cause.

As for a showing of good cause warranting the clerk's discharge of its duty under Rule 55(a), F.R.Civ.P., at this time to enter the respondent's default in the captioned matter, your movant certifies as follows.

### I. AFFIDAVIT OF MARVEL THOMPSON

It being this 18th day of June, 2008, and I, Marvel Thompson, being cognizant of the penalty prescibed for perjury per 28 U.S.C. § 1746, it is accordingly that I aver as substantially true that:

1. On March 4, 2008, Affiant filed in this Court a motion seeking the return of a specified amount of seized-unforfeited U.S. currency and identified/identifiable property.

2. On May 16, 2008, the Court, by written order, imposed upon the respondent an obligation to respond to the movant's motion by June 6, 2008.

3. As of this time and on even this late day, that being June 18, 2008, at approximatley 7:00 p.m., the docket maintained

by this Court's clerk affirmatively confirms that the respondent has clearly "failed to plead or otherwise defend," within the meaning of Civil Rule 55(a).

4. There has been no stipulation to extend the time set by the Court for the respondent's responsive action, nor does Affiant intend to so stipulate.

5. Based on the above, Affiant asserts that he is entitled to have the clerk enter the respondent's default *as a matter of law*. See Civil Rule 55(a); Bank of Kansas v Nelson Music Co., 1990 U.S. Dist. LEXIS 3179 (D. Kan. 1990)("because defendant El Paso has been properly served ... but has failed to answer or otherwise plead, Plaintiff is entitled to judgement by default as a matter of law pursuant to Fed.R. Civ. P. 55.").

## II. CONCLUSION

For the foregoing good and adequate reasons, the clerk of this Court should enter the respondent's default and reject any such responsive pleading unless by leave of court.

## III. CERTIFICATE OF SERVICE

I have this day served upon counsel for the respondent, via regular U.S. mail (first class postage paid), a conformed copy of this Motion For Entry of Default.

Executed this 18th day of June, 2008:

*/s/ Marvel Thompson*
Marvel Thompson
Reg. No. 04028-748
U.S.P. Pollock
P.O. Box 2099
Pollock, Louisiana 71467