UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.2.1
Eastern Division

Marvel Thompson
                      Plaintiff,

v.                                      Case No.: 1:08−cv−01294
                                                  Honorable Elaine E. Bucklo

United States of America
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion for return of property heard and continued to the status hearing set for 8/15/2008 at 09:45 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.